```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 17-00860-JJT
Charles F. Lind                                                   Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-5         User: AGarner              Page 1 of 1          Date Rcvd: May 17, 2017
                             Form ID: ntcnfhrg          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
```
db            +Charles F. Lind,   122 Crane Road,   Lakeville, PA 18438-4010
4892141       +Comonwealth Health EMS,   PO Box 726,   New Cumberland, PA 17070-0726
4892142       +Corporate Collections,   24569 Route 6 Suite C,   Towanda, PA 18848-8254
4892143       +Delmarva Col,   Pob 37,   Salisbury, MD 21803-0037
4892144        Internal Revenue Service,   Andover, MA 01810
4892146       +Navy Fcu,   Po Box 3700,   Merrifield, VA 22119-3700
4892147       +Navy Federal Cr Union,   Po Box 3700,   Merrifield, VA 22119-3700
4917682       +Pacific Union Financial, LLC,   7880 Bent Branch Drive #100,   Irving, TX 75063-6046
4892149        Samir B. Pancholy, LLC,   PO Box 620,   Chinchilla, PA 18410-0620
4892150        Scranton Cardiovascular Phys Serv,   746 Jefferson Ave., Suite 305,   Scranton, PA 18510-1639
4892151        Scranton Ortho Specialists,   334 Main St.,   Dickson City, PA 18519-1769
4921431       +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P O Box 800849,
                Dallas, TX 75380-0849
4892152       +Tdrcs/raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4892140       +E-mail/Text: banko@berkscredit.com May 17 2017 19:16:17     Berks Credit & Coll,
                900 Corporate Dr,   Reading, PA 19605-3340
4892145       +E-mail/Text: bnckohlsnotices@becket-lee.com May 17 2017 19:16:12     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
4899531       +E-mail/Text: ext_ebn_inbox@navyfederal.org May 17 2017 19:16:48     NAVY FEDERAL CREDIT UNION,
                PO BOX 3000,   MERRIFIELD VA 22119-3000
4892148       +E-mail/Text: bankruptcy@loanpacific.com May 17 2017 19:16:43     Pacific Union Financia,
                1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
4892153       +E-mail/Text: bankruptcynotice@westlakefinancial.com May 17 2017 19:16:25
                Westlake Financial Svc,   4751 Wilshire Bvld,   Los Angeles, CA 90010-3827
                                                                                              TOTAL: 5
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor Charles F. Lind jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles F. Lind
aka Charles F. Lind Jr.
Debtor(s)

Chapter 13

Case No. 5:17−bk−00860−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 16, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 28, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 17, 2017 |