```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00860-JJT
Charles F. Lind                                                 Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AGarner          Page 1 of 1          Date Rcvd: Mar 16, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Charles F. Lind,    122 Crane Road,    Lakeville, PA 18438-4010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Charles F. Lind jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| CHARLES F. LIND | : | |
| CHARLES F. LIND, JR. | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:17-bk-00860JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 30 |
| | : | |
| vs | : | |
| CHARLES F. LIND | : | |
| CHARLES F. LIND, JR | : | |
| | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE
===

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on March 14, 2018 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about March 08, 2018.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: March 16, 2018

By the Court,

_/s/ John J. Thomas_

John J. Thomas, Bankruptcy Judge (AG)